IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KELVIN K. BROWN,

    Petitioner,

vs.                               Case No.: 3:06cv289/MCR/EMT

JAMES R. McDONOUGH,

    Respondent.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 23, 2007. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

    **DONE AND ORDERED** this 10th day of July, 2007.

                              *s/ M. Casey Rodgers*
                              **M. CASEY RODGERS**
                              **UNITED STATES DISTRICT JUDGE**